UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: ABRAHAM AKALU        :
Debtor                     :
                           :    Case No.   17-13753-KHK
                           :    Chapter   13

## MOTION FOR AUTHORITY TO MODIFY MORTGAGE LOAN

**COMES NOW, ABRAHAM AKALU,** the debtor herein, and moves that he be granted leave to modify his existing mortgage loan with Ditech Financial, LLC as to certain real property on the terms and conditions set forth hereinbelow.   As his grounds therefore, he states as follows:

1. The debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code in this Court on November 3, 2017.

2. On the filing date, the debtor owned real property located at 7807 Glenister Drive, Springfield, VA   22152.

3. The debtors' mortgage company, Ditech Financial, LLC, has offered to modify his loan by placing any arrearages into a new mortgage loan and lowering the interest rate; however, the parties require court approval prior to finalizing the loan modification permanent.

_____
Nathan Fisher
3977 Chain Bridge Rd., #2
Fairfax, VA   22030
(703-691-1642
VSB#37161

**4. The debtor believes that the modification of the loan is in the best interests of creditors in this case, as it will allow this case to be completed more rapidly by reducing the total funding required to complete this Chapter 13 case.**

**WHEREFORE, ABRAHAM AKALU prays that he be authorized to enter into a modification of her mortgage loan with Ditech Financial, LLC.**

**Date:  January 17, 2018**

**Abraham Akalu
By Counsel
/s/ Nathan Fisher
Nathan Fisher
Counsel for Debtor
3977 Chain Bridge Rd., #2
Fairfax, VA   22042
(703) 691-1642
VSB #37161**

**CERTIFICATE OF SERVICE**

    **I hereby certify that I have this 17th day of January, 2018 served the foregoing motion by first-class mail, postage prepaid, upon the following parties: The Office of the U.S. Trustee, 115 S. Union St., Suite 206, Alexandria, VA 22314;   Thomas Gorman, Esq., Chapter 13 Trustee, 300 North Washington Street, Suite 400, Alexandria, VA   22314; Abraham Akalu, 7807 Glenister Drive, Springfield, VA 22152 and all of the creditors on the attached mailing matrix.**

                                              **/s/ Nathan Fisher**
                                              **Nathan Fisher**